# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOSEPH ROBERT NORMAN,<br>Petitioner,<br>vs.<br>CLARK COUNTY FAMILY SUPPORT<br>DIVISION; AND JANE FEMIANO,<br>HEARING MASTER,<br>Respondents,<br>    AND<br>STATE OF CALIFORNIA; AND JERI B.<br>NORMAN,<br>Real Parties in Interest. | No. 76770<br><br>FILED<br><br>DEC 17 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____S.Young_____<br>DEPUTY CLERK |

## *ORDER DISMISSING PETITION*

This pro se petition was docketed in this court on August 24, 2018, without payment of the requisite filing fee. On September 18, 2018, this court issued an order directing petitioner to pay the filing fee or file an affidavit demonstrating his inability to pay within 30 days or the petition would be dismissed. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A B*

cc:    Joseph Robert Norman
       Jeri B. Norman
       Eighth District Court Clerk